FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERESA CUNA, | No. CV 06-7281-SJO (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that attorney's fees and expenses are awarded to plaintiff in the amount $5,913.40, as well as costs in the amount of $424.00.

DATED: 3/19/08

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE