Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henry_reynolds@yahoo.com
CA Bar No. 158709

Attorney for Plaintiff
TERESA CUNA

# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| TERESA CUNA | Case No.: 06-07281 SJO (PLA) |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE | ORDER RE STIPULATION TO MODIFY JUDGMENT AWARDING EAJA ATTORNEY FEES AND COSTS. |
| Commissioner of Social Security | |
| Defendant. | |

This Court's Order dated March 19, 2008 awarding Plaintiff attorney's fees in the amount of $5,913.40 and expenses in the amount of $424 is hereby modified.  Defendant in the above-entitled case is hereby ordered to pay

/

/

/

/

/

1

1  Henry Reynolds, counsel for and assignee of Plaintiff, these fees and expenses

2  directly instead of paying these amounts to Plaintiff herself.

3  IT IS SO RECOMMENDED:

4  DATED: 10/7/08

                             / S /
5                             HONORABLE PAUL L. ABRAMS
                           UNITED STATE MAGISTRATE JUDGE

6  IT IS SO ORDERED:

7  DATED: 10/13/08             /S/ S. James Otero

8                             HONORABLE S. JAMES OTERO
9                             UNITED STATE DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20